| | |
|---|---|
| 1 | Sarah R. London (State Bar No. 267083) |
|   | slondon@lchb.com |
| 2 | Tiseme G. Zegeye (State Bar No. 319927) |
|   | tzegeye@lchb.com |
| 3 | Lieff Cabraser Heimann & Bernstein, LLP |
|   | 275 Battery Street, 29th Floor |
| 4 | San Francisco, CA  94111-3339 |
|   | Telephone:  415.956.1000 |
| 5 | Facsimile:  415.956.1008 |
| 6 | Hannah R. Lazarz (*pro hac vice forthcoming*) |
|   | hlazarz@lchb.com |
| 7 | Lieff Cabraser Heimann & Bernstein, LLP |
|   | 222 2nd Avenue South, Suite 1640 |
| 8 | Nashville, TN  37201-2379 |
|   | Telephone:  615.313.9000 |
| 9 | Facsimile:  615.313.9965 |
| 10 | *Attorneys for Plaintiffs J.J. and K.K.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.J. and K.K., | Case No. 4:24-cv-03536-JST |
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| THE COOPER COMPANIES, INC.; COOPERSURGICAL, INC.; and DOES 1-10, inclusive, | |
| Defendants. | |

Plaintiffs J.J. and K.K. hereby give notice of the voluntary dismissal of their action as to all defendants, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), no defendants having served an answer or a motion for summary judgement.

| | | |
|---|---|---|
| 1 | Dated: December 17, 2024 | Respectfully submitted, |
| 2 | | |
| 3 | | */s/ Sarah R. London*<br>Sarah R. London (State Bar No. 267083)<br>slondon@lchb.com |
| 4 | | Tiseme G. Zegeye (State Bar No. 319927)<br>tzegeye@lchb.com |
| 5 | | **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br>275 Battery Street, 29th Floor |
| 6 | | San Francisco, CA 94111-3339<br>Telephone: 415.956.1000 |
| 7 | | Facsimile: 415.956.1008 |
| 8 | | Hannah R. Lazarz (*pro hac vice forthcoming*)<br>hlazarz@lchb.com |
| 9 | | **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br>222 2nd Avenue South, Suite 1640 |
| 10 | | Nashville, TN 37201-2379<br>Telephone: 615.313.9000 |
| 11 | | Facsimile: 615.313.9965 |
| 12 | | *Attorneys for Plaintiffs J.J. and K.K.* |